1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNDRA DABNEY,

                      Plaintiff,

       v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                   Defendant.

CASE NO. C14-0251-JCC-MAT

REPORT AND RECOMMENDATION

14

       Plaintiff brought this action to seek judicial review of the denial of her application for

15 Supplemental Security Income (SSI) by the Commissioner of the Social Security Administration.

16 The parties have now stipulated that this case should be reversed and remanded pursuant to

17 sentence four of 42 U.S.C. § 405(g).  (Dkt. 23.)

18        Based on the stipulation of the parties, the Court recommends that this case be

19 REVERSED and REMANDED for further administrative proceedings.   The parties have

20 stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) provide a *de novo*

21 hearing; (2) further update the medical record; (3) further evaluate all medical source opinions,

22 especially Jessica Yager, M.D.; (4) determine plaintiff's severe impairments; (5) determine

23 plaintiff's residual functional capacity; (6) provide specific reasoning for the weight given to

REPORT AND RECOMMENDATION
PAGE - 1

opinion evidence and discuss the evidentiary basis for conclusions; (7) obtain vocational expert testimony; and (8) issue a new decision. Additionally, upon proper application, the Court will consider plaintiff's application for attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920.

Given the above, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings.   A proposed order accompanies this Report and Recommendation.

DATED this 1st day of December, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2