THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNDRA DABNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>　　　　　Defendant. | CASE NO. C14-0251-JCC<br><br>ORDER OF REMAND |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 23.) It is therefore ORDERED:

　　(1)　The Court adopts the Report and Recommendation;

　　(2)　The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

　　(3)　The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 5th day of December 2014.

ORDER OF REMAND
PAGE - 1

1
2
3
                                                        _____
4                                                         John C. Coughenour
                                                        UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER OF REMAND
PAGE - 2